*M. Tibbetts* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.

No. 699. ATLANTIC COAST LINE RAILROAD Co. *v.* CHANCE. C. A. 4th Cir. Certiorari denied. *Collins Denny, Jr., J. M. Townsend* and *Charles Cook Howell* for petitioner. *Oliver W. Hill* and *Spottswood W. Robinson, III,* for respondent.

No. 708. MOBLEY ET AL. *v.* BETHLEHEM SUPPLY Co. C. A. 5th Cir. Certiorari denied. *Neth L. Leachman* for petitioners. *Harry D. Moreland* for respondent.

No. 676. HAYES *v.* HORNBUCKLE, SHERIFF. The petition for writ of certiorari to the Supreme Court of California is denied on the ground that the cause is moot, it appearing that petitioner is no longer in the respondent's custody. *I. B. Padway* and *Herbert S. Thatcher* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondent.

No. 159, Misc. LAPEAN *v.* BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied. Petitioner *pro se. Thomas E. Fairchild,* Attorney General of Wisconsin, and *Harold H. Persons* and *William A. Platz,* Assistant Attorneys General, for respondent.

No. 388, Misc. DAVIS *v.* O'CONNELL, CHIEF OF POLICE, ET AL. C. A. 8th Cir. Certiorari denied. *Elisha Scott, Sr.* for petitioner.